# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JAMES DODGE

CIVIL 13-3201 (PGS)

V.

VELOCITY INVESTMENTS, LLC,
et al

ORDER FOR DISMISSAL
Pursuant to General
Rule 41.1

It appearing to the Court that the above case has been pending for more that four months without any proceeding having been taken therein, and no objection having been entered since or about March 24, 2014,

It is on this 1st day of May 2014,

ORDERED that the above case be and the same is hereby dismissed in accordance with General Rule 41.1 without prejudice and without costs.

_____
PETER G. SHERIDAN, U.S.D.J.

RECEIVED

MAY - 2 2014

AT 8:30_____M
WILLIAM T. WALSH CLERK